S. P. DORR *v.* SHAW, 4 J. C. R. 17.

HAWLEY *v.* MANCIUS, 7 J. C. R. 174, 184.

But also held where the *sufficiency* of the fund, to which the junior creditor can not resort, is *doubtful;* or the prior

creditor refuses to run the hazard of obtaining satisfaction of his debt out of that fund, equity will not take from him any part of his security, unless his debt is first paid.